**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**FELICIA HARRELL**                                                                       **PLAINTIFF**

**v.**                         **CASE NO. 3:17-CV-00024 BSM**

**ALBERT WRIGHT, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 17th day of March 2017.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE